# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| TROY EDWARD STAPLETON,<br><br>    Plaintiff,<br><br>vs.<br><br>CLARK COUNTY DA OFFICE, *et al.*,<br><br>    Defendants. | Case No. 2:20-cv-01950-RFB-VCF<br><br>**ORDER** |

This Court denied plaintiff Troy Edward Stapleton's incomplete application to proceed *in forma pauperis* without prejudice. (ECF No. 4). The Court ordered the plaintiff to either file a complete application or pay the filing fee in full by Monday, January 4, 2021. (*Id*. at 5). Plaintiff has not to date filed an application to proceed in forma pauperis or pay the filing fee. It appears that plaintiff has abandoned this litigation. A complaint has not been lodged in this matter since the filing fee was not paid.

ACCORDINGLY,

IT IS ORDERED that Clerk of Court administratively close this case

IT IS SO ORDERED.

DATED this 7th day of January 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE